UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 4:15-CR-203-2 |
| JOEL T. MORRIS, | ) ) ) |
| Defendant. | ) |

### [PROPOSED] ORDER FOR PAYMENT OF RESTITUTION WITH APPEARANCE BOND MONEY

The United States of America has filed a motion pursuant to 28 U.S.C. § 2044 for payment of the restitution owed by Joel T. Morris ("Defendant") from the money deposited in the Court Registry as an appearance bond. This court, having considered the matter, grants the United States' motion and orders as follows:

IT IS ORDERED that the Clerk of the United States District Court for the Southern District of Georgia, Savannah Division, shall apply $5,000.00 of funds currently on deposit in the Court Registry, plus any accrued interest, to the restitution due in this case, in accordance with the priority and schedule set forth in the criminal judgment (Dkt. No. 116). The Clerk of Court shall coordinate, as needed, with the United States Attorney's Office, Southern District of Georgia, Financial Litigation Unit, to apply the bond money in the manner directed in this Order.

ORDER ENTERED, this 8th day of SEPTEMBER, 2016.

_____
HONORABLE WILLIAM T. MOORE, JR.
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA