IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR415-203
)
JOEL T. MORRIS, )
)
Defendant. )

## ORDER

Before the Court is the Consent Motion for Early Termination of Supervised Release filed by the Defendant. (Doc. 153.) In the motion, Defendant requests the termination of his three-year term of supervised release based on his assistance to, and cooperation with, the Government in prosecuting another person. (Id. at 2.) In addition, Defendant states that he has met all special conditions of his supervised release. (Id. at 2.) While recognizing that Defendant's conduct during his time on supervised release has been both commendable and encouraging, the Court concludes that terminating Defendant's supervision after only 12 months of a 36-month term would be inappropriate. Moreover, after reviewing the nature of this offense in this case, Defendant's past involvement in illegal schemes that violated the public's trust cautions against any significant early termination of

his supervised release. As a result, the Court concludes that early termination of Defendant's term of supervised release is unwarranted at this time. Accordingly, Defendant's motion (Doc. 153) is **DENIED**.

SO ORDERED this 19th day of November 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA